Harvey L. Leiderman (SBN 55838)
Email: hleiderman@reedsmith.com
Michele Beilke (SBN 194098)
Email: mbeilke@reedsmith.com
Jeffrey R. Rieger (SBN 215855)
Email: jrieger@reedsmith.com
May-tak Chin (SBN 288155)
Email: mchin@reedsmith.com

REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants Abbott Laboratories
Group Health Care Plan and Mary Moreland

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MCDANIEL,<br><br>Plaintiff<br><br>vs.<br><br>ABBOTT LABORATORIES GROUP HEALTH CARE PLAN; MARY MORELAND, in her Capacity as Plan Fiduciary, Divisional Vice President, Compensation and Benefits, MATRIX ABSENCE MANAGEMENT, Inc. as Co-Fiduciary; QUANTUM HEALTH, also known as ABBOTT CARE COORDINATORS; and DOES 1-25,<br><br>Defendants. | Case No.: 2:17-cv-01602-MCE-CKD<br><br>**STIPULATION AND ORDER TO REFER ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271 AND TO STAY ACTION**<br><br>Honorable Morrison C. England, Jr. |

STIPULATION AND ORDER TO REFER ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP)
PURSUANT TO LOCAL RULE 271 AND TO STAY ACTION

| | |
|---|---|
| 1 | WHEREAS, the Complaint was served on Defendant Abbott Laboratories Group Health Care Plan ("Abbott") on August 17, 2017. |
| 3 | WHEREAS, the Complaint was served on Defendant Mary Moreland ("Moreland") on August 22, 2017. |
| 5 | WHEREAS, on September 14, 2017, pursuant to Local Rule 144(a), Plaintiff and Defendants stipulated to a 28-day extension of time for Defendants to respond to the Complaint, such that Abbott's response to the Complaint is due on October 5, 2017 and Moreland's response to the Complaint is due October 19, 2017. |
| 9 | WHEREAS, counsel for Plaintiff and Defendants Abbott and Moreland have met and conferred, and agreed to refer the action to the Voluntary Dispute Resolution Program ("VDRP") and stay the case during the pendency of the VDRP proceeding. |
| 12 | WHEREAS, the parties agree that the deadlines for Defendants Abbott and Moreland to respond to the Complaint shall be extended 15-days from the date of service of a Notice of Termination of Stay should the case not reach resolution in the VDRP proceeding. |
| 15 | NOW THEREFORE, pursuant to Local Rule 271, the parties hereby agree to (1) submit the above-entitled action to the VDRP, (2) stay the action during the pendency of the VDRP proceeding, and (3) provide Defendants Abbott and Moreland a 15-day extension from the date of service of a Notice of Termination of Stay to file their respective responsive pleadings to the Complaint. |

**IT IS SO AGREED.**

Dated: October 2, 2017            PERKINS & ASSOCIATES

By: /s//Natalia D. Asbill
    Natalia D. Asbill

Attorneys for Plaintiff Scott McDaniel

Dated: October 2, 2017

REED SMITH LLP

By: /s/ *May-tak Chin*
    May-tak Chin

Attorneys for Defendants Abbott Laboratories Group Health Care Plan and Mary Moreland

## ORDER

IT IS HEREBY ORDERED that, based on the foregoing stipulation and good cause appearing therefor, this case shall be stayed until the conclusion of the parties' VDRP proceeding and until any party's service of a Notice of Termination of Stay on all parties upon the conclusion thereof.

IT IS FURTHER ORDERED that the deadlines for Defendants Abbott and Moreland to respond to the Complaint shall be extended 15-days from the date of service of a Notice of Termination of Stay should the case not reach resolution in the VDRP proceeding.

Should the case not reach resolution in the VDRP proceeding, the parties are ordered to file a Notice of Termination of Stay with the Court not later than twenty (20) days from the conclusion of that VDRP proceeding.

IT IS SO ORDERED.

Dated: October 2, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE