Natalia D. Asbill (SBN 281860)
PERKINS & ASSOCIATES
300 Capitol Mall, Suite 1800
Sacramento, CA 95814
Telephone: +1 916 446 2000
Facsimile: +1 916 447 6400

Attorneys for Plaintiff Scott McDaniel


Harvey L. Leiderman (SBN 55838)
Email: hleiderman@reedsmith.com
May-tak Chin (SBN 288155)
Email: mchin@reedsmith.com

REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants Abbott Laboratories
Group Health Care Plan and Mary Moreland

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MCDANIEL,<br><br>Plaintiff<br><br>vs.<br><br>ABBOTT LABORATORIES GROUP HEALTH CARE PLAN; MARY MORELAND, in her Capacity as Plan Fiduciary, Divisional Vice President, Compensation and Benefits, MATRIX ABSENCE MANAGEMENT, Inc. as Co-Fiduciary; QUANTUM HEALTH, also known as ABBOTT CARE COORDINATORS; and DOES 1-25,<br><br>Defendants. | Case No.: 2:17-cv-01602-MCE-CKD<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Honorable Morrison C. England, Jr. |

# STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the parties, through their respective counsel, that all claims in this matter between Plaintiff Scott McDaniel and Defendants Abbott Laboratories Group Health Care Plan and Mary Moreland be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own attorney's fees, expenses, and costs.

Dated: February 12, 2018        PERKINS & ASSOCIATES

By: /s//Natalia D. Asbill
    Natalia D. Asbill

    Attorneys for Plaintiff Scott McDaniel


Dated: February 12, 2018        REED SMITH LLP

By: /s/ May-tak Chin
    May-tak Chin

    Attorneys for Defendants Abbott Laboratories
    Group Health Care Plan and Mary Moreland

# ORDER

Pursuant to the stipulation of the parties, all claims in this matter between Plaintiff Scott McDaniel and Defendants Abbott Laboratories Group Health Care Plan and Mary Moreland are hereby DISMISSED with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own attorney's fees, expenses, and costs.

IT IS SO ORDERED.

Dated: February 26, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE